UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL A. JONES,

Plaintiff,

-against-

CHRISTINE NEELAND, et al.

Defendants.

26-CV-5355 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

In an order dated August 25, 2016, the court barred Plaintiff from filing any new civil action in this court *in forma pauperis* ("IFP") without first obtaining from the court leave to file. *See Jones v. Stewart*, ECF 1:16-CV-2375, 9 (S.D.N.Y. Aug. 25, 2016),[1] *appeal dismissed*, No. 22-2105 (2d Cir. Dec. 29, 2022). Plaintiff has not sought leave to file this action. The Court therefore dismisses this action without prejudice for Plaintiff's failure to comply with the Court's August 25, 2016 order in *Jones*, ECF 1:16-CV-2375, 9.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

[1] *See* ECF 1:16-CV-2375, 12 (S.D.N.Y. Oct. 19, 2016) (reopening matter for the limited purpose of considering affirmation filed to show cause why the filing bar should not be imposed; concluding, however, that the filing bar remains in effect).

The Court directs the Clerk of Court to enter a judgment dismissing this action for the reason set forth in this order.

SO ORDERED.

Dated: July 21, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge